IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

No. 1:09-CV-367

DAVID ODOM
              Plaintiff

v.

TROY CONSTRUCTION, LLC and
JOHNSON CONSTRUCTION
              Defendants

**Order Granting Motion to Dismiss with Prejudice**

Pending is plaintiff's unopposed motion to dismiss with prejudice, wherein he indicates that the parties have reached an agreed settlement. The parties having announced settlement, the court finds that the motion should be granted. It is, therefore,

**ORDERED** that plaintiff's "Motion to Dismiss with Prejudice" (Docket No. 39) is **GRANTED**. A final judgment will be entered separately.

SIGNED this __27__ day of May, 2011.

_/s/ Earl S. Hines_
Earl S. Hines
United States Magistrate Judge