IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DAVID ODOM § | |
| § | |
| v. § | CIVIL ACTION NO. 1:09-cv-00367-ESH |
| § | JURY |
| § | |
| TROY CONSTRUCTION, LLC § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on the __27__ day of __May__, 2011, in the above entitled and numbered cause wherein David Odom is Plaintiff and Troy Construction LLC, and Johnson Construction are Defendants, the parties appeared and made it known to the Court that said suit and all issues therein, as well as all matters in controversy between them, had been settled and compromised, and that for valuable consideration paid to him by, for, and on behalf of Defendants, the Plaintiff has by separate written Releases, fully released Troy Construction LLC, and Johnson Construction, as well as all other persons whomsoever, from all claims and causes of action asserted or that could be asserted by him against said Defendants herein; further, that with the full knowledge of said Releases and their legal effects, the said Plaintiff has appropriated to his own use and benefit the sums paid as consideration for said Release and in connection therewith, he has agreed that Judgment should be rendered herein providing that David Odom, Plaintiff, recover nothing from the Defendants (or either of them), and it appearing to the Court, and the Court finding that said parties were and are fully competent to so settle and compromise said suit and controversy and that Judgment in accordance with such agreement should be rendered herein;

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the Plaintiff, David Odom, have and recover nothing herein from the Defendants, Troy Construction LLC, and Johnson Construction, and that the Defendants go hence without day.

It is further ORDERED, ADJUDGED and DECREED by the Court that the costs of the suit are taxed against the parties by whom incurred.

It is further ORDERED, ADJUDGED and DECREED by the Court that any relief not specifically granted herein, is specifically denied.

So **ORDERED** and **SIGNED** this 27 day of **May, 2011.**

*Earl S. Hines*
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

STEVEN C. BARKLEY

BY _____
STEVEN C. BARKLEY baylorlawyer@aol.com
TEXAS BAR NO. 01750500
3560 DELAWARE, SUITE 305
BEAUMONT, TEXAS 77706
(409) 899-2277 (PHONE)
(409) 899-2477 (FAX)
ATTORNEYS FOR PLAINTIFF,
DAVID ODOM

BENCKENSTEIN, NORVELL & NATHAN, L.L.P.

BY _____
MICHAEL R. McGOWN mmcgown@bnnlaw.com
TEXAS BAR NO. 13647000
P. O. BOX 551
BEAUMONT, TEXAS 77704-0551
(409) 833-4309 (PHONE)
(409) 833-9558 (FAX)
ATTORNEYS FOR DEFENDANT,
TROY CONSTRUCTION LLC

JOHANSON & FAIRLESS, L.L.P.

BY _____
RANDY L. FAIRLESS rfairless@jandflaw.com
TEXAS BAR NO. 06788500
1456 FIRST COLONY BOULEVARD
SUGAR LAND, TEXAS 77479
(281) 313-5000 (PHONE)
(281) 340-5100 (FAX)
ATTORNEYS FOR DEFENDANT,
JOHNSON CONSTRUCTION